UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20598-CIV-SEITZ/O'SULLIVAN

TONYA SCHLOSSER,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.
_____/

### ORDER VACATING ORDER OF REFERENCE

THIS MATTER came before the Court for hearing on July 9, 2008, on the parties' Joint Scheduling Report ("JSR") [DE-8] and Joint Notice of Error of Election to Magistrate Judge [DE-14]. Scott Poisson, Esq. appeared telephonically on Plaintiff's behalf and Suzanne Brown Vazquez appeared telephonically on Defendant's behalf. At the hearing, the Court addressed the inefficiencies caused by the parties' failure to file a complete JSR [see DE-9] and by their mistakenly indicating consent to jurisdiction by a Magistrate Judge for trial [see DE-10, p. 3]. Plaintiff's counsel explained the circumstances under which the consent to jurisdiction by a Magistrate Judge for trial was filed [DE-10, p. 3] and the parties agreed to send only costs, fees, and sanctions (as well as discovery) issues to a Magistrate Judge.[1] The parties confirmed that they do not anticipate filing motions for summary judgment in this case and agreed to pretrial deadlines and a trial date. Accordingly, it is hereby

ORDERED that the Court's June 30, 2008 Order of Reference [DE-11] is VACATED and the case is no longer referred to Magistrate Judge O'Sullivan for trial. The case will proceed before the undersigned and a Scheduling Order will issue separately.

DONE AND ORDERED in Miami, Florida, this 9th day of July, 2008.

                                              PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record

---

[1] This agreement is reflected in the Amended Election to Jurisdiction by Magistrate Judge Form [DE-16], which is signed by counsel for both parties.